UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BILL GAVLICK, | Case No.: 11-cv-05713-LHK |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE |
| NMTC, INC. d/b/a MATCO TOOLS and DANAHER CORPORATION, | |
| Defendant. | |

Plaintiff Bill Gavlick ("Plaintiff") filed a complaint against Defendants Matco, Danaher Corporation and Jacobs Manufacturing Co. on November 29, 2011. *See* ECF No. 1. Before serving any defendants, Plaintiff filed a First Amended Complaint on January 27, 2012, naming NMTC, Inc., doing business as Matco Tools and Danaher Corporation ("Defendant"), as sole Defendant. *See* ECF No. 3. This case was reassigned to the undersigned judge on February 28, 2012. *See* ECF No. 5.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to file proof of service on Defendant by May 27, 2012. *See* Fed. R. Civ. P. 4(m) (requiring a plaintiff to serve a defendant within 120 days of filing a complaint). Because Plaintiff failed to do so, on June 1, 2012, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to comply with Rule 4(m). *See* ECF No. 6. The OSC required Plaintiff to respond to the OSC by June 15, 2012, and to attend an OSC hearing on June 28, 2012. The OSC notified Plaintiff

that Plaintiff's failure to file a response by June 15, 2012, and failure to appear at the June 28, 2012 hearing would result in dismissal of this action without prejudice.

Plaintiff failed to respond to the OSC and failed to appear at the OSC hearing. *See* ECF No. 7. Moreover, no proof of service of the summons and complaint on Defendant has been filed to date. Accordingly, this action is DISMISSED without prejudice for failure to comply with Federal Rule of Civil Procedure 4(m). The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-05713-LHK
ORDER DISMISSING CASE